No. 96–795.  ALLENTOWN MACK SALES & SERVICE, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari granted.

No. 95–746.  LINSCOMB v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8279.  TAYLOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–845.  ANDERSON ET AL. v. CLOW ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–846.  CEMEX, S. A. v. UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 96–895.  FRANKLIN ET AL. v. HISER.  C. A. 9th Cir.  Certiorari denied.

No. 96–922.  MERCHANTS BANK OF CALIFORNIA, N. A. v. MARDULA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–943.  HOME DEPOT U. S. A., INC. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (BUTLER ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 96–968.  CIGNA HEALTHCARE OF CONNECTICUT, INC. v. NAPOLETANO ET AL.  Sup. Ct. Conn.  Certiorari denied.

No. 96–985.  CHAMORRO-TORRES v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 96–1015.  ROBOKOFF ET AL. v. WOMEN'S CHOICE OF BERGEN COUNTY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 96–1018.  WILSON, BY AND THROUGH WILSON AS CONSERVATOR OF THE PERSON AND ESTATE OF WILSON, ET AL. v. BROTHER RECORDS, INC., ET AL.  Sup. Ct. N. H.  Certiorari denied.